UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAYLAN D. EALY                                                                    PETITIONER
ADC #162604

V.                              NO. 4:21-CV-00241-JTR

DEXTER PAYNE,
Director, Arkansas Division of Correction                                         RESPONDENT

## JUDGMENT

Consistent with the Memorandum Opinion and Order that was entered on this day, the § 2254 Petition and Amended Petition for Writ of Habeas Corpus filed by Jaylan Ealy is DISMISSED, with prejudice. Judgment is entered in favor of the Respondent.

DATED this 11th day of July, 2022.

_____
UNITED STATES MAGISTRATE JUDGE